396 A.2d 50

Commonwealth v. Shaw, Appellant.

Submitted December 6, 1977. William F. Ochs, Jr., Public Defender, for appellant; J. Michael Morrissey, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.

396 A.2d 50

Commonwealth v. Shollenberger, Appellant.

Submitted March 29, 1978. Alan Ellis, for appellant; Gailey C. Keller, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.